IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GABRIEL CUTRER, Reg. No. 31216-034, ) ) ) Plaintiff, ) ) v. ) ) WARDEN WALTER WOODS, ) ) Defendant. ) | Case No. 2:17-cv-707-ALB |

## **ORDER**

On May 19, 2020, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. Doc. 24. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and this petition is DISMISSED as moot because a more favorable decision on the merits would not entitle Petitioner to any relief.

A Final Judgment will be entered separately.

**DONE** and **ORDERED** this day, June 10th, 2020.

　　　　　　　　　　　　　　　／s/ Andrew L. Brasher
　　　　　　　　　　　　　　ANDREW L. BRASHER
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE